| ☐ FATAL | ☐ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE |
|---|---|---|---|---|---|---|

| Total Num. Units | 3 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18091367.1 /2021042723 |
|---|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Texas Department of Transportation

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 0 1 / 2 0 / 2 0 2 1    *Crash Time (24HRMM) 1 0 5 5    Case ID 3262056    Local Use

*County Name GRIMES    *City Name    ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees) 3 0 . 3 5 9 1 9    Longitude — (decimal degrees) 0 9 . 9 5 1 9 4 9

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. SH    *Hwy. Num. 105    2 Rdwy. Part 1    Block Num.    3 Street Prefix    * Street Name    4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/ Toll Lane    Speed Limit 60    Const. Zone ☒ Yes ☐ No    Workers Present ☐ Yes ☒ No    Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No    1 Rdwy. Sys. FM    Hwy. Num. 1748    2. Rdwy. Part 1    Block Num.    3 Street Prefix    Street Name    4 Street Suffix

Distance from Int. or Ref. Marker 814    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker W    Reference Marker    Street Desc.    RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 1    5 Unit Desc. 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State TX    LP Num. CB07216    VIN 1 F T R F 1 7 2 4 N C 0 1 8 3 9

Veh. Year 2 0 0 2    6. Veh. Color TAN    Veh. Make FORD    Veh. Model F150    7 Body Style PK    ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1    DL/ID State TX    DL/ID Num. 02689991    9 DL Class CM    10 CDL End. 96    11 DL Rest. 96    DOB (MM/DD/YYYY) ████ / 1 9 6 0

Address (Street, City, State, ZIP) 19701 CEARLEY CLEVELAND, TX 77328

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | FULLEN, MARK ANTHONY | N | 60 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | THURMAN, NICHOLAS DALE | N | 31 | W | 1 | 1 | 1 | 97 | N | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee    Owner/Lessee Name & Address FULLEN, MARK ANTHONY, 19701 CEARLEY CLEVELAND, TX 77328

Proof of Fin. Resp. ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type 2    Fin. Resp. Name STATE FARM INSURANCE    Fin. Resp. Num. 275 9752-L05-53G 001

Fin. Resp. Phone Num. (800) 252-1932    27 Vehicle Damage Rating 1 7 - L B Q - 1    27 Vehicle Damage Rating 2 -    Vehicle Inventoried ☐ Yes ☒ No

Towed By    Towed To

---

Unit Num. 2    5 Unit Desc. 6    ☐ Parked Vehicle    ☐ Hit and Run    LP State TX    LP Num. 790042H    VIN 4 4 C F S 1 6 2 1 N H 0 0 3 6 7

Veh. Year 1 9 9 2    6. Veh. Color BLU    Veh. Make UTILITY TRAILER MFG    Veh. Model UNKNOWN    7 Body Style TL    ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End.    11 DL Rest.    DOB (MM/DD/YYYY) /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee    Owner/Lessee Name & Address FULLEN, MARK ANTHONY, 19701 CEARLEY CLEVELAND, TX 77328

Proof of Fin. Resp. ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type 2    Fin. Resp. Name STATE FARM INSURANCE    Fin. Resp. Num. 275 9752-L05-53G 001

Fin. Resp. Phone Num. (800) 252-1932    27 Vehicle Damage Rating 1 1 1 - L D - 1    27 Vehicle Damage Rating 2 -    Vehicle Inventoried ☐ Yes ☒ No

Towed By    Towed To

Case ID 3262056

TxDOT Crash ID 18091367.1/2021042723

Case 4:21-cv-02569  Document 1-1   Filed in TXSD  Page 2 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | FAIL TO CONTROL SPEED | TX5XMC0JLE6E |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 1   [X] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [ ] Yes [ ] No   28 Veh. Oper. 3   29 Carrier ID Type 96   Carrier ID Num.

Carrier's Corp. Name MARK ANTHONY FULLEN   Carrier's Primary Addr. 19701 CEARLEY CLEVELAND, TX 77328   30 Veh. Type 7

31 Bus Type 0   [ ] RGVW [X] GVWR 6 0 5 0 0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 5

Unit Num. 2   [X] RGVW [ ] GVWR 4 5 0 0 0   34 Trlr. Type 2   CMV Disabling Damage? [ ] Yes [X] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

| Sequence Of Events | 35 Seq. 1 13 | 35 Seq. 2 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 22 | | | | 2 | 1 | 97 | 1 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Unit 1, towing Unit 2, was traveling west bound on SH-105. Unit 3 traveling west bound on SH-105, ahead of Unit 1. As Unit 3 was reducing speed to turn right onto a private driveway, The driver of Unit 1 failed to safely control Unit 1's speed and took evasive action to avoid colliding with Unit 3. As Unit 1 was taking evasive action towards the right turn lane of SH-105, Unit 2 struck Unit 3 in the west bound lane of SH-105. Unit's 1 and 2 jackknifed as it was crossing a private driveway and left the roadway into the west bound grass ditch of SH-105 where they came to final rest, facing north. Unit 3 also left SH-105 and crossed the private driveway and left the roadway into the west bound grass ditch of SH-105 where it came to final rest facing west.

### Field Diagram - Not to Scale



UNIT 1 AND UNIT 2 AT REST
NOV DRIVEWAY
UNIT 3 AT REST
AREA UNIT'S 1 AND 2 JACKKIFED
AREA OF IMPACT
UNIT 1 AND UNIT 2
SH-105
FM-1748
N

## INVESTIGATOR

Time Notified (24HR:MM) 1 0 5 6   How Notified GRIMES DISPATCH   Time Arrived (24HRMM) 1 1 1 6   Report Date (MM/DD/YYYY) 0 1 / 2 0 / 2 0 2 1

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) DUKE, DYLAN   ID Num. 14371

ORI Num.   *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS   Service/Region/DA H P 2 C 0 4

| ☐ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE | Total Num. Units | 3 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18091367.1 /2021042723 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

**Texas Department of Transportation**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) | 0 1 / 2 0 / 2 0 2 1 | *Crash Time (24HRMM) | 1 0 5 5 | Case ID | 3262056 | Local Use | |

| *County Name | GRIMES | *City Name | | | ☒ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) | 3 0 ° 3 3 ' 1 9 | Longitude — (decimal degrees) | 0 9 ° 5 9 ' 1 4 9 |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | SH | *Hwy. Num. | 105 | 2 Rdwy. Part | 1 | Block Num. | | 3 Street Prefix | | *Street Name | | 4 Street Suffix |

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit | 60 | Const. Zone | ☒ Yes ☐ No | Workers Present | ☐ Yes ☒ No | Street Desc. |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. | ☐ Yes ☒ No | 1 Rdwy. Sys. | FM | Hwy. Num. | 1748 | 2. Rdwy. Part | 1 | Block Num. | | 3 Street Prefix | | Street Name | | 4 Street Suffix |

| Distance from Int. or Ref. Marker | 814 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | W | Reference Marker | | Street Desc. | | RRX Num. |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. | 3 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | LA | LP Num. | YGR679 | VIN | 2 G 1 U D 5 E X F 1 1 2 6 5 7 8 0 |

| Veh. Year | 2 0 1 5 | 6. Veh. Color | BLK | Veh. Make | CHEVROLET | Veh. Model | IMPALA | 7 Body Style | P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | 1 | DL/ID State | FL | DL/ID Num. | 0165170852040 | 9 DL Class | 98 | 10 CDL End. | 96 | 11 DL Rest. | 98 | DOB (MM/DD/YYYY) | ▓▓▓ / 1 9 8 5 |

| Address (Street, City, State, ZIP) | 300 BRIARCREST  BRYAN, TX 77802 |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | OBRIEN, DENNIS JOHN | N | 35 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | FBI, 300 BRIARCREST  BRYAN, TX 77802 |

| Proof of Fin. Resp. | ☐ Yes ☒ No | ☐ Expired ☒ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | GOVERNMENT | Fin. Resp. Num. | |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | 5 - R D - 7 | 27 Vehicle Damage Rating 2 | | Vehicle Inventoried | ☐ Yes ☒ No |

| Towed By | FBI CONTRACT WRECKER | Towed To | 1 JUSTICE PARK DR HOUSTON, TX 77092 |

| Unit Num. | | 5 Unit Desc. | | ☐ Parked Vehicle | ☐ Hit and Run | LP State | | LP Num. | | VIN | |

| Veh. Year | | 6. Veh. Color | | Veh. Make | | Veh. Model | | 7 Body Style | | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | / |

| Address (Street, City, State, ZIP) | |

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☐ Owner ☐ Lessee | Owner/Lessee Name & Address | |

| Proof of Fin. Resp. | ☐ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | | Fin. Resp. Num. | |

| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1 | - | 27 Vehicle Damage Rating 2 | - | Vehicle Inventoried | ☐ Yes ☐ No |

| Towed By | | Towed To | |

Case ID 3262056

TxDOT Crash ID 18091367.1/2021042723

Case 4:21-cv-02569 Document 1-1 ... in TXSD Page 4 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

## INVESTIGATOR

| Time Notified (24HR:MM) | 1 0 5 6 | How Notified | GRIMES DISPATCH | Time Arrived (24HRMM) | 1 1 1 6 | Report Date (MM/DD/YYYY) | 0 1 / 2 0 / 2 0 2 1 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) DUKE, DYLAN | ID Num. 14371

ORI Num. | *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/Region/DA H P 2 C 0 4