IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:21-cv-2589** |
| | § | |
| **MARK ANTHONY FULLEN AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | §§§§ | |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, **UNITED STATES OF AMERICA**, ("Plaintiff"), and files this voluntary dismissal of its lawsuit filed against Defendants with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) based on the following:

(1) All of Plaintiff's claims asserted against Defendants, **MARK ANTHONY FULLEN AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, in this case are dismissed with prejudice to the refiling of same in any form;

(2) Defendants have not yet entered appearances in this lawsuit; and

(3) Plaintiff further stipulates all taxable costs and attorneys' fees related to Plaintiff's claims in this case are to be paid by the party incurring same.

Respectfully submitted by:

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY


By: _____
      Elizabeth F. Karpati
      Assistant United States Attorney
      Attorney-in-Charge
      SBN: 00794069
      1000 Louisiana, Suite 2300
      Houston, Texas 77002
      TEL: (713) 567-9767
      Elizabeth.Karpati@usdoj.gov

**ATTORNEY FOR PLAINTIFF,**
**UNITED STATES OF AMERICA**


APPROVED AS TO FORM AND SUBSTANCE:

RAMEY, CHANDLER, QUINN & ZITO, PC


By:   /s/ Jill D. Schein
      Jill D. Schein
      SBN: 00787476
      750 Bering Drive, Suite 600
      Houston, Texas 77057
      TEL: (713) 266-0074
      jschein@ramey-chandler.com

**ATTORNEY FOR DEFENDANT,**
**MARK ANTHONY FULLEN**

MILLER, SCAMARDI & CARRABBA, P.C.

By: /s/ David L. Miller
David L. Miller
Attorney-in-Charge
SBN: 14067300
Federal I.D. # 8833
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595
FAX: (713) 861-3596
E-SERVICE: e-service@msc-lawyer.com

OF COUNSEL:
Diane F. Burgess
SBN: 24036594
Federal I.D. #34380
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595
FAX: (713) 861-3596
dburgess@msc-lawyer.com

**ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**